UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHA NGUYEN,

           Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C24-5002 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

      Based on Plaintiff's motion for extension of time, and that Defendant's counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Plaintiff shall have up to and including May 19, 2024, to file Plaintiff's Opening Brief;
- Defendant shall have up to and including June 18, 2024, to file Defendant's Responsive Brief; and
- Plaintiff shall have up to and including July 2, 2024, to file the Optional Reply Brief.

DATED this 29th day of March, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1